# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| Tamara Taylor | **Repayment Agreement and Order** | No: 5:19-CR-00028-001 |
|---|---|---|

On September 8, 2021, Tamara Taylor was sentenced to 60 months imprisonment followed by a 15 year term of supervised release.

After a review of her financial status, the following repayment agreement has been reached with Ms. Taylor. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1.  As a result of the judgment entered against me on September 8, 2021, I have been ordered to pay a total restitution of $362.50 and a special assessment of $100.00.

2.  On October 25, 2023, I began my service of 15 years of supervised release. The mandatory assessment was satisfied on August 11, 2022. The current balance of my restitution is $162.50.

3.  After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 30th day of August, 2024, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $20.00 per month during the term of supervision.

_____  
Tamara Taylor

_____  
Clayton B. Hester, Special Offender Specialist

_____  
Assistant U.S. Attorney

_8/5/24_  
Date

_8/5/2024_  
Date

_08/06/2024_  
Date

---

**THE COURT ORDERS:**

☒ Approval   ☐ Disapproval

_____  
Marc T. Treadwell  
U.S. District Judge

_8/6/2024_  
Date